**Order entered May 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01476-CR

**MITCHELL LEE WILLIAMSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068084**

## ORDER

Before the Court is appellant's March 7, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before May 28, 2019.

/s/    LANA MYERS
        JUSTICE